**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1634**

———————————

In Re: MICHAEL D. WILKINS,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.
(BK-95-33189-T)

———————————

Submitted: July 2, 1998          Decided: July 22, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Michael D. Wilkins, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins has filed a petition for a writ of mandamus, asking this court to order (1) a federal magistrate judge to decide whether Wilkins' civil rights were violated during the course of bankruptcy proceedings; (2) the United States Attorney to investigate his claims; and (3) the bankruptcy trustee to secure property that should be a part of the bankruptcy proceedings. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Wilkins has not made such a showing. Accordingly, we deny the petition for a writ of mandamus. We also deny Wilkins' motion for judicial redress and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2